MAX DAVIDSON, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

*Davidson* v. *Equitable Life Assur. Society of U. S.*, 150 App. Div. 903, affirmed.

(Argued March 21, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1912, affirming a judgment in favor of defendant entered upon the report of a referee in an action upon contract.

*Arnold Lichtig* and *Isaac Cohen* for appellant.

*William Carrell Diamond* and *Charles W. Pierson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: WILLARD BARTLETT, Ch. J.